FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2017 APR -6 PM 4: 10
DISTRICT OF UTAH

Elizabeth Rose Loveridge #6025
WOODBURY & KESLER, P.C.
525 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84102
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**Western, Erin Hilary**<br>SSN: XXX-XX-9356<br><br>Debtor(s). | Bankruptcy Case No. **11-26161-JTM**<br>Chapter 7 |

## DEPOSIT OF UNCLAIMED FUNDS

Elizabeth Rose Loveridge, the duly appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that on January 5, 2016, the following check was sent to the corresponding creditor to the address on file with the Court: check no. 100009 in the amount of $15,526.46 was sent to FedLoan Servicing, PO Box 69184, Harrisburg, PA 17106 representing payment of proof of claim no 3-1. The check posted on January 12, 2016. On March 14, 2016, the Trustee received a check from the United States Treasury in the amount of $15,526.46 indicating "misdirected payment". The Trustee therefore deposited the funds as unclaimed to the bankruptcy court on April 6, 2017.

DATED April 6, 2017

_____
Elizabeth Rose Loveridge
Chapter 7 Trustee

1



## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2017, I caused a true and correct copy of the foregoing **DEPOSIT OF UNCLAIMED FUNDS** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Linda Smith
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Erin Hilary Western
3730 South 2300 East
Salt Lake City, UT 84109

Lewis P. Adams
Lewis Adams & Associates
8833 South Redwood Road, Suite A
West Jordan, UT 84088

Leonard J Carson
Pearson, Butler, Carson & Cook, PLLC
1682 Reunion Avenue
Suite 100
South Jordan, UT 84095

Katherine Kang
Capstone Law, PLLC
179 North 1200 East
Suite 104
Lehi, UT 84043

FedLoan Servicing
PO Box 69184
Harrisburg, PA 17106

*/s/ Renée Christensen*

2